# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --              )
                                 )
Dover Vantage, Inc.         )     ASBCA No. 61205
                                 )
Under Contract No. W912GB-13-D-0015   )

APPEARANCE FOR THE APPELLANT:      Douglas L. Tabeling, Esq.
                                         Smith, Currie & Hancock LLP
                                         Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
                                         Engineer Chief Trial Attorney
                                         Brett R. Howard, Esq.
                                         Engineer Trial Attorney
                                         U.S. Army Engineer District, Europe

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 22 August 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61205, Appeal of Dover Vantage, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals